1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              No. CIV. S-11-0091 FCD KJN

12          Plaintiff,

13     v.

14  REAL PROPERTY LOCATED AT 15340         **RELATED CASE ORDER**
    OLD TOLL ROAD, CAMPTONVILLE,
15  CALIFORNIA, YUBA COUNTY,
    APN: 064-210-032, INCLUDING ALL
16  APPURTENANCES AND
    IMPROVEMENTS THERETO,
17
            Defendant.
18  _____/

19  UNITED STATES OF AMERICA,              No. CIV. S-11-0099 MCE KJN

20          Plaintiff,

21     v.

22  REAL PROPERTY LOCATED AT 15348
    OLD TOLL ROAD, CAMPTONVILLE,
23  CALIFORNIA, YUBA COUNTY,
    APN: 064-210-041, INCLUDING ALL
24  APPURTENANCES AND
    IMPROVEMENTS THERETO,
25
            Defendant.
26  _____/

27  ///

28  ///

1     Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the action denominated CIV. S-11-0099 MCE KJN is reassigned to District Judge Frank C. Damrell, Jr. for all further proceedings. Having already been randomly assigned to Magistrate Judge Kendall J. Newman, it does not require reassignment of the Magistrate Judge. Any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as: **CIV. S-11-0099 FCD KJN**.

    IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS FURTHER ORDER that the Clerk of Court issue an Order Requiring a Joint Status Report for the undersigned.

    IT IS SO ORDERED.

DATED: January 13, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE