BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 15340 OLD TOLL ROAD, CAMPTONVILLE, CALIFORNIA, YUBA COUNTY, APN: 064-210-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>        Defendant. | 2:11-CV-00091-FCD-KJN<br><br>STIPULATION AND ORDER TO CONTINUE HEARING FOR MOTION TO SET ASIDE CLERK'S DEFAULT AGAINST GREGORY S. MCCLELLAN |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for potential claimant Gregory S. McClellan, Stephen A. Munkelt, that:

1.   The hearing currently set by the Court for August 19, 2011 at 10:00 a.m., with the Court's approval, be continued to September 16, 2011 at 10:00 a.m.

2.   That the United States file an opposition to the motion with the Court by September 2, 2011.

///

```
Dated:   8/2/11                          BENJAMIN B. WAGNER
                                         United States Attorney


                                   By:   /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney


Dated: 8/2/11

                                   By:   /s/ Stephen A. Munkelt
                                         STEPHEN A. MUNKELT
                                         Attorney for Potential Claimant
                                         Gregory S. McClellan


                                         (Original signatures retained
                                         by Attorney)



                                   ORDER

     IT IS SO ORDERED.
Dated: August 2, 2011

                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE
```